## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

**KIMBERLY BORCHARD, TIMOTHY DANA,**
**and HOLLY KOVACS,** Individually and
on behalf of all others similarly situated,

                                             Case No: 1:20-cv-11297

                   Plaintiffs,                         Hon. Thomas L. Ludington

vs.

**BOYCE HYDRO POWER, LLC, BOYCE HYDRO, LLC,**
**BOYCE MICHIGAN, LLC,**
**EDENVILLE HYDRO PROPERTY, LLC,**
**FOUR LAKES TASK FORCE, LEE W. MUELLER**
**and JOHN DOES 1-10**

                   Defendants.

---

## <u>NOTICE OF APPEARANCE OF ELAINA S. BAILEY</u>

PLEASE ENTER the appearance of Elaina S. Bailey of the law offices

of SOMMERS SCHWARTZ, P.C., as another attorney of record for

KIMBERLY BORCHARD, TIMOTHY DANA, and HOLLY KOVACS,

individually and as the representatives of a class of similarly situated persons,

in the within cause of action.

                                       **SOMMERS SCHWARTZ, P.C.**

Dated: May 26, 2020                      By: */s/ Elaina S. Bailey*
                                        Elaina S. Bailey (P82461)
                                        One Towne Square, 17th Floor

Southfield, Michigan 48076
Phone: (248) 355-0300
ebailey@sommerspc.com

*Attorney for Plaintiffs and the*
*Putative Class Members*