UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**KIMBERLY BORCHARD, TIMOTHY DANA,
and HOLLY KOVACS,** Individually and
on behalf of all others similarly situated,

                                                                            Case No:  1:20-cv-11297

       Plaintiffs,                               Hon. Thomas L. Ludington
vs.

**BOYCE HYDRO POWER, LLC, BOYCE HYDRO, LLC,
BOYCE MICHIGAN, LLC,
EDENVILLE HYDRO PROPERTY, LLC,
FOUR LAKES TASK FORCE, LEE W. MUELLER
and JOHN DOES 1-10**

       Defendants.

---

### NOTICE OF APPEARANCE OF ANDREW KOCHANOWSKI

PLEASE ENTER the appearance of Andrew Kochanowski of the law offices of SOMMERS SCHWARTZ, P.C., as another attorney of record for KIMBERLY BORCHARD, TIMOTHY DANA, and HOLLY KOVACS, individually and as the representatives of a class of similarly situated persons, in the within cause of action.

Dated:  June 5, 2020

                                        */s/ Andrew Kochanowski*
                                        Andrew Kochanowski
                                        **SOMMERS SCHWARTZ, P.C.**
                                        One Towne Square, 17th Floor
                                        Southfield, Michigan 48076
                                        Phone: 248-355-0300
                                        akochanowski@sommerspc.com

                                        *Attorney for Plaintiffs and the*
                                        *Putative Class Members*

## CERTIFICATE OF SERVICE

I certify that on June 5, 2020, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

></br>/s/ Andrew Kochanowski_  
Andrew Kochanowski  
One Towne Square, 17th Floor  
Southfield, Michigan 48076  
Phone: 248-355-0300  
akochanowski@sommerspc.com