AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 20-cv-11297
Hon. Thomas L. Ludington

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Boyce Hydro, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* W. Jay Brown _____ , who is designated by law to accept service of process on behalf of *(name of organization)* Boyce Hydro, LLC by Certified Mail, Return Receipt Requested on *(date)* June 8, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 29, 2020

*Wendy E. Vaughn*
Server's signature

Wendy Vaughn, Legal Assistant
*Printed name and title*

One Towne Square, 17th Fl., Southfield, MI 48076
*Server's address*

Additional information regarding attempted service, etc:

Return Receipt (Form 3811) Barcode

9590 9266 9904 2138 1006 36

1. Article Addressed to:

W. Jay Brown, Registered Agent
Boyce Hydro, LLC
414 Townsend, Suite 201
Midland, MI 48640

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2138 1006 33

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  J.B
☒ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
COS  L19  6/8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
6340-002
J. Thompson

Domestic Return Receipt